**FILED**
VANESSA L. ARMSTRONG

AUG 21 2015

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v. ) | Case Number 3:15-MJ-368 |
| ) | |
| STEPHEN POHL ) | |

## MOTION

Comes the United States of America, by counsel, John E. Kuhn, Jr., United States Attorney for the Western District of Kentucky, and moves the Court for an Order sealing all affidavits, applications, orders, and material relating to the herein matter dated August 21, 2015, because the investigation is ongoing. No person may unseal or review the contents of the file or actions heretofore taken or to be taken without the express written authorization of a Judge of the United States District Court for the Western District of Kentucky.

Respectfully submitted,

JOHN E. KUHN, JR.
United States Attorney

_____
Jo E. Lawless
Assistant United States Attorney