UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF KENTUCKY

UNITED STATES OF AMERICA )
    v. )
                             )   Case Number 3:15-MJ-368
**STEPHEN POHL** )

## ORDER

Upon motion of the United States of America, by counsel, John E. Kuhn, Jr., United

States Attorney for the Western District of Kentucky; and the Court being sufficiently advised,

It is hereby ORDERED that all affidavits, applications, orders, and material relating to

the above matter and the contents thereof are sealed. No person may unseal or review the

contents of the file or actions heretofore taken or to be taken without the express written

authorization of a Judge of the United States District Court for the Western District of Kentucky.

August 21, 2015
Date

DAVE WHALIN
United States Magistrate Judge

# ENTERED

AUG 2 1 2015

VANESSA L. ARMSTRONG
BY_____
DEPUTY CLERK