FILED
VANESSA L. ARMSTRONG
AUG 24 2015
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA　　　　　　　　　　　PLAINTIFF

v.　　　　　　　　　　　　　　　　　　　　　　NO. 3:15-MJ-368

STEPHEN POHL　　　　　　　　　　　　　　　　DEFENDANT

## MOTION

Comes the United States of America, by counsel, Assistant United States Attorney Jo E. Lawless, and moves the to unseal the affidavits, criminal complaint and arrest warrant previously issued in the above-referenced action on August 21, 2015. Law enforcement officials arrested the defendant and he is now in custody. There is no reason for the records to remain sealed.

Respectfully submitted,

JOHN E. KUHN, JR.
United States Attorney

_/s/ Jo Lawless_
Jo E. Lawless
Assistant United States Attorney