UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA					PLAINTIFF

v.									NO. 3:15-MJ-368

STEPHEN POHL							DEFENDANT

## ORDER

This matter is before the Court on motion of the United States of America to unseal the affidavits, criminal complaint and arrest warrant in the above-referenced action. It is **ORDERED** the motion is **GRANTED** and the documents shall be unsealed.

_August 24, 2015_				_[signature]_
Date						DAVE WHALIN
						United States Magistrate Judge


**ENTERED**

AUG 2 4 2015

VANESSA L ARMSTRONG
BY _[signature]_
DEPUTY CLERK