

# Case Assignment
# Standard Assignment

Case number **3:15MJ-368**

Assigned at 12:26 A.M. on 08/21/2015
from Louisville Clerk's Office

This is a review of the original assignment.

Return