UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Case No. 3:15-MJ-368 |
| **STEPHEN POHL** ) | |

**APPEARANCE OF COUNSEL**

TO: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as co-counsel for Stephen Pohl.

Date: 09/01/2015

/s/*Annie O'Connell*

KY bar number: #91483
600 W. Main Street
Suite 100
Louisville, KY 40202
(502) 540-5700 (phone)
(502) 540-1200 (fax)
oconnell.law.ofc@gmail.com