UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v. | CRIMINAL ACTION NO. 3:15MJ-368-DW |
| STEPHEN POHL | DEFENDANT |

## NOTICE OF ENTRY OF APPEARANCE

Please take notice that undersigned, Theodore S. Shouse will along with, Annie O'Connell and John H. Harralson, III, represent the Defendant in this action. Please address all correspondence to the below listed address.

Respectfully submitted,

s/Theodore S. Shouse
THEODORE S. SHOUSE
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 540-1180

## CERTIFICATE OF SERVICE

On September 2, 2015, I electronically filed this document through the ECF system, which will send a notice of electronic filing to all counsel of record.

s/ Theodore S. Shouse
THEODORE S. SHOUSE