UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                            PLAINTIFF

v.                                                            CASE NO. 3:15-MJ-00368-DW

STEPHEN POHL                                                                       DEFENDANT

### APPEARANCE OF COUNSEL

Comes now John H. Harralson and enters his appearance herein as counsel for the Defendant, Stephen Pohl.

Respectfully Submitted,

/s/ John H. Harralson, III
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 540-5700
(502) 568-3600 (fax)
jharralsonatty@600westmain.com

### CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2015, I electronically filed with the Clerk of the Court by using the CM/ECF system, which will serve notice of electronic filing to all attorneys of record.

/s/ John H. Harralson, III
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 540-5700
(502) 568-3600 (fax)
jharralsonatty @600westmain.com