# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**             **PLAINTIFF**

**VS.**             **CRIMINAL ACTION NUMBER: 3:15-MJ-368**

**STEPHEN POHL**             **DEFENDANT**

## ORDER ON INITIAL APPEARANCE

The above-styled case came before the Honorable Dave Whalin, United States Magistrate Judge and was called in open Court on September 2, 2015 to conduct an initial appearance.

### APPEARANCES

| | |
|---|---|
| For the United States: | Jo E. Lawless, Assistant United States Attorney |
| For the defendant: | Defendant, Stephen Pohl - Present and in custody |
| | Theodore S. Shouse, Retained - Present |
| | Annie O'Connell, Retained - Present |
| | John H. Harrelson, III, Retained - Present |
| Court Reporter: | Alan Wernecke |

At the initial appearance, the defendant acknowledged his identity, was furnished with a copy of the Complaint, was advised of the nature of the charge contained therein and was advised of his rights.

The defendant, through counsel, having waived his right to a preliminary hearing in open Court and having executed the appropriate form to that effect;

**IT IS HEREBY ORDERED** that should the Grand Jury return a true bill, this case is scheduled for arraignment proceedings on **Tuesday, September 29, 2015 at 9:30 a.m.** before the Honorable Colin H. Lindsay, United States Magistrate Judge.

The Court having considered the conditions of release recommended by the United States Probation Office and by agreement of the United States;

**IT IS FURTHER ORDERED** that the defendant is **released** to third party custodians on an unsecured bond in the amount of $25,000.00 with conditions pending further order of the Court.

This 2nd day of September, 2015      **ENTERED BY ORDER OF THE COURT:**
**DAVE WHALIN**
**UNITED STATES MAGISTRATE JUDGE**
**VANESSA L. ARMSTRONG, CLERK**
**BY:** *Ashley Henry* **- Deputy Clerk**

Copies: U.S. Attorney
U.S. Probation
Counsel for Defendant

0|25