AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

**FILED**

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

VANESSA L. ARMSTRONG, CLERK

SEP 02 2015

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

| | |
|---|---|
| United States of America<br>v.<br>Stephen Pohl<br>_Defendant_ | )<br>)<br>) Case No. 3:15-MJ-368-DW<br>)<br>) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 9/2/15

_Stephen A. Pohl_
_Defendant's signature_

_T. S. Sh[ouse]_
_Signature of defendant's attorney_

T.S. Shouse - 87849
_Printed name and bar number of defendant's attorney_

600 W. Main St. Suite 100 - Louisville KY (pro 2)
_Address of defendant's attorney_

TSShouseA@mail.com
_E-mail address of defendant's attorney_

502-540-1180
_Telephone number of defendant's attorney_

_FAX number of defendant's attorney_