**FILED**
VANESSA L. ARMSTRONG, CLERK
SEP 02 2015
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA ........................................... PLAINTIFF

VS.          CRIMINAL ACTION NUMBER: 3:15-MJ-363

Stephen Pohl ........................................... DEFENDANT

## ACKNOWLEDGMENT OF RIGHT TO APPOINTMENT OF COUNSEL

I, the defendant in the above-styled case, having been advised by the United States Magistrate Judge of my right to be represented by counsel, and having been asked by the Magistrate Judge if I desire counsel to be appointed, do hereby, in open Court voluntarily waive appointment of counsel.

Date: 9/2/15

_Stephen A. Pohl_
Defendant

_____
Defense Counsel