UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                              PLAINTIFF

vs.                                                              CASE NO.   3:15MJ-368-DW

STEPHEN POHL                                                                          DEFENDANT

*- Filed Electronically -*

## AGREED ORDER EXTENDING SPEEDY TRIAL TIME FOR PRESENTAITON TO THE GRAND JURY

The United States of America, by counsel, Assistant United States Attorney Jo E. Lawless, and defendant, Stephen Pohl, by and through counsel, Theodore S. Shouse, Annie O'Connell, and John H. Harralson, III, hereby agree and stipulate to the following:

Law enforcement officials executed a Search Warrant on Pohl's residence and work office on August 12, 2015. During the course of the search, officials seized a cellular telephone, computers, and computer-related / digital storage materials. The United States Magistrate Judge issued a Criminal Complaint and Arrest Warrant on August 21, 2015. Law enforcement officials arrested Pohl later that evening. He made his first appearance in this District on September 2, 2015.

As noted above, law enforcement officials seized computers and related electronic media items. The items are currently undergoing forensic examination and review. The parties agree that the 30-day time limit set out in 18 U.S.C. § 3161(b) should be set aside.

The ends of justice are best served by granting the extension of time in which to present evidence to the Grand Jury. An extension of the 30-day time period is necessary to gather and present evidence to the Grand Jury for consideration. The ends of justice outweigh the best interest of the defendant in having an Indictment presented within the 30-day time frame. *See* 18

U.S.C. § 3161(h)(7)(A). Failure to grant the short continuance would deny the Government and Pohl reasonable time necessary for effective preparation, taking into account the exercise of due diligence to quickly but thoroughly examine the materials in this case. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

The instant request is not presented for any improper purpose. There is no intent to unnecessarily delay resolution of the matters pending before the Court. Upon agreement of the parties, and the Court having reviewed this matter and being otherwise sufficiently advised, **IT IS HEREBY ORDERED** that the time within which an Indictment must be presented to a grand jury is extended to include presentation no later than **November 4, 2015**.

**Agreed to**:

JOHN E. KUHN, JR.
Acting United States Attorney

/s/ *Jo E. Lawless*
Jo E. Lawless
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 625-7065
(502) 582-5097 (fax)

/s/ *Theodore S. Shouse*
Theodore S. Shouse
Annie O'Connell
John H. Harralson, III
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 540-1180
(502) 540-1200 (fax)