UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| vs. | CASE NO. 3:15MJ-368-DW |
| STEPHEN POHL | DEFENDANT |

- *Filed Electronically* -

## MOTION TO REMAND MOTIONS PREVIOUSLY FILED UNDER SEAL

Undersigned counsel hereby moves this court to remand the previously filed Motions Under Seal as moot.

Respectfully submitted,

*s/Theodore S. Shouse*
THEODORE S. SHOUSE
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 540-1180

### CERTIFICATE OF SERVICE

On October 5, 2015, I electronically filed this document through the ECF system, which will send a notice of electronic filing to all counsel of record.

*s/ Theodore S. Shouse*
THEODORE S. SHOUSE