WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| vs. | CASE NO. 3:15MJ-368-DW |
| STEPHEN POHL | DEFENDANT |

*Filed Electronically*
***UNDER SEAL***

**PROPOSED ORDER**

Motion having been made and this Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED, that the Defendant's previous Motion filed under seal is REMANDED.