

## Case Assignment
## Standard Criminal Assignment

Case number **3:15CR-121-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415


Designated Magistrate Judge : Magistrate Judge Dave Whalin
Magistrate Judge Code : 44AP

Assigned on 11/3/2015 11:48:54 AM
Transaction ID: 380

[Request New Judge]   [Return]