

FILED
VANESSA L. ARMSTRONG, CLERK

NOV 03 2015

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                PLAINTIFF

vs.                                              3:15 CR-121-DJH

STEPHEN POHL                                            DEFENDANT

## NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Jo E. Lawless hereby enters her appearance of record on behalf of the United States of America.

                                       Respectfully submitted,

                                       JOHN E. KUHN, JR.
                                       United States Attorney

                                       *Jo E. Lawless signature*
                                       Jo E. Lawless
                                       Assistant United States Attorney
                                       717 West Broadway
                                       Louisville, Kentucky 40202
                                       Phone: (502) 625-7065
                                       FAX: (502) 582-5097
                                       Email: jo.lawless@usdoj.gov