UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:15-cr-121-DJH

STEPHEN POHL,     Defendant.

\* \* \* \* \*

### ORDER

The parties have informed the Court that they wish to remand the trial currently scheduled for **January 12, 2016**, and to schedule a change of plea hearing.  Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)  The request is **GRANTED**.  The trial is cancelled and remanded from the Court's docket.  The change of plea hearing is **SET** for **January 4, 2016, at 1:30p.m.**, at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

(2)  Because the change of plea hearing is scheduled before the date of the previously-scheduled trial, the Speedy Trial Act requires no further findings.

December 21, 2015

**David J. Hale, Judge**
**United States District Court**