# JOHN C. KOENIG JR M.D.

PEDIATRIC CRITICAL CARE                                                 FAAP (RETIRED)

Honorable David J. Hale                                February 4, 2016
Gene Snyder United States Courthouse
601 West Broadway, Room 239
Louisville, Kentucky 40202

Dear Sir,

    I am writing concerning Father Steve Pohl. I am a retired Pediatric Critical Care physician originally employed as an associate professor of pediatrics at the University of Southern California. I moved to become the medical director of Pediatric Critical Care at Valley Presbyterian Hospital and, then at St. Mary's Hospital in Evansville, Indiana. I served as a consultant to the Los Angeles Police Department and the prosecutor's office on child abuse, and then as Medical Director of the Vanderburgh County, Indiana Child Protection team until my retirement. After retirement, I entered studies for the Catholic Permanent Deaconate and was ordained in August of 2012. Since ordination, I have served at Saint Margaret Mary Catholic Church under the leadership of Fr. Stephen A. Pohl until his departure in August of 2015. During this time I served in worship services with Fr. Steve at least four times each week, participated in spiritual education alongside him, participated and received formation guidance and pastoral care from him and engaged in parish and community service opportunities with him. Fr. Steve also provided me with spiritual guidance and direction. During our service together, we became close friends, and enjoyed meals, prayer and family activities together.

    I have worked and been close friends with other priests, but I have never worked with or befriended anyone who I have had more respect or admiration for than Fr. Steve. One may think that I have been blindsided by our friendship, however, one only has to know the individuals and communities he has served during his priesthood to know their love and respect for him.  The Church of St. Margaret Mary has some 5,800 parishioners and is the most dynamic, friendly, Christ-like parish I have ever been associated with in my 70 years as a Catholic. The school was awarded the prestigious National Blue Ribbon status on 2 occasions, the last being 2015. There are so many spiritual, educational, and service activities he has initiated that one cannot begin to participate in them all. He has always been willing to go at any time to visit and anoint the sick or dying at home, in the hospital or nursing home. I have observed him caring for those in distress including myself when my son was wrongly accused of misconduct and when my wife and I were undergoing some medical problems. He has always been gentle when correcting children and adults who were in trouble or distress.  He has encouraged and facilitated some 45 ministries to immigrants, the poor, the hungry and homeless. He directed the donation of 10% of our parish resources to help other charities. He established an ecumenical alliance between our church, the local Baptist church and the Greek Orthodox Church.

    A glimpse into his character can be observed by the following story.  One day as we were returning from lunch and were stopped at a light he was rear ended.  The lady apologized for being distracted, and stated her child was in the hospital.  Fr. Steve decided he would not pursue contacting her insurance company due to her difficulties, in spite of significant damage to his car.  The absence of Fr. Steve has been a significant personnel loss to our parish and to me personally.

During training for a career in medicine I worked for two years with the mentally ill at Our Lady of Peace Hospital, and following retirement I spent four years counseling alcohol and drug addicted clients at Saint Vincent De Paul in Louisville, Kentucky.  This experience has made it clear that no one wishes to become addicted. Addiction is currently recognized by the medical profession as a brain disease that has some genetic predispositions, and for Fr. Steve this would be his father who suffered from alcoholism.   People like Fr. Steve who is of good moral character, highly motivated, and intelligent, have an excellent chance of overcoming their addictions.  This illness should not be considered a personality defect but rather a medical disease, and treated as such.

Sincerely

Deacon John C. Koenig Jr. M.D,
3570 Vigo Rd.
Bagdad, Kentucky  40003-8022

Feb 8, 2016

Honorable David J. Hale
Gene Snyder United States Courthouse
601 West Broadway, Room 239
Louisville, Ky 40202

Your Honor:

My name is Bernie Thompson and I live in Lexington, Ky. I grew up in the Washington and Nelson County areas of Kentucky and my ancestry is in that area. My background is in the law enforcement field; 23 years as an FBI Agent and 11 years at the Kentucky law enforcement training academy (Dept. of Criminal Justice Training) located on the campus of Eastern Kentucky State University.

I have known and been associated with Father Steve Pohl for almost 30 years, primarily through our shared interest in family history research but also socially on occasion. Based on the contact I have had with Father Pohl during that time I would describe him as an excellent genealogist with an engaging personality and always willing to provide help to less experienced researchers such as myself. However, he always conducted himself in a manner that made it clear the first priority and focus in his life was his church and parishioners. He was dedicated to his vocation.

A considerable number of friends and relatives of mine have been members of Catholic Church parishes in which Fr. Pohl was pastor. Not infrequently I have heard positive things about Father Pohl's dedication to his ministry and the esteem in which he is held by his parishioners. Perhaps ironically, in his priestly ministry he was often called to show compassion and understanding for sick and dying parishioners, families of the deceased, and other church members in distress. He now finds himself in great need of compassion and understanding.

My law enforcement experiences cause me to appreciate how difficult it is for the Court to make a fair and just decision on charges such as this. Thank you for your consideration of the comments I have offered.

Sincerely,
Bernie Thompson
Bernie Thompson

Feb. 5, 2016

Honorable David J. Hale
Gene Snyder United States Courthouse
601 West Broadway, Room 239
Louisville, Ky. 40202

Dear Honorable Judge Hale,

My name is Jeannie Albers Lincoln, and I was school secretary at St. Athanasius School for 20 years, and four of those years, from 1992-1996, Father Stephen A. Pohl served as Associate Pastor. My husband, Jim, and I have been members of St. Athanasius since 1965. I also worked with him on the Maryland Kentucky Catholic Reunion Committee. He and I also share a love of genealogy, and he became a good friend to us, and also to our family.

Fr. Steve was very dedicated to his priestly ministry, not only to the people of St. Athanasius Parish, but also to others that needed him. Father Bob Huber was the pastor at the time, and he told us many times how much he appreciated Father Steve being at St. Athanasius.

After he came to St. Athanasius, a couple he knew from St. Thomas in Bardstown, had a child born with so many handicaps that they gave him only a few weeks to live. He visited them almost daily. We also know of many times when he would change his plans, to go be with a family during their most trying times.

We know what Father Steve pleaded guilty to, but we have no hesitation in writing this letter. We highly respect Father Steve and we have the utmost confidence that he will take whatever steps are needed to get help. He is a very caring, sincere, loving person with a lot of integrity. He comes from a large, faith-filled family that will be there to support him. We know others, who feel as we do, that will be there for him also.

We have prayed over this letter and the right words to let you know what a wonderful person Fr. Stephen Pohl is, and also pray that it will make a difference for his future. As parents of four sons, we would hope that if someone felt as strong about *their* character as we do about Fr. Steve, that they would do the same thing.

We thank you for taking the time to read our letter.


*Jim Lincoln*
Jim Lincoln

*Jeannie Albers Lincoln*
Jeannie Albers Lincoln

6205 Tiara Court
Louisville, Ky.
502-969-4128

The Honorable David J. Hale                                    February 5, 2016
Gene Snyder United States Courthouse
601 West Broadway, Room 239
Louisville, KY 40202

Dear Sir:

By way of introduction, our names are James and Mary V. Krebs. I am retired from banking and my wife
was an elementary school teacher.  We were married over fifty-two years ago and moved into a modest
home in the same neighborhood where Joe and Pat Pohl were raising their family.  Their son, Father
Steve Pohl, was one of our first newspaper delivery boys.

We were delighted to learn of Fr. Steve's appointment as our pastor at St. Margaret Mary Parish
approximately seven years ago. He has become our personal friend and spiritual light since his arrival.
When it came time for us to celebrate our Golden Wedding Anniversary, he personally approached us to
ask if we would allow him to hold the service and lead us in the renewal of our wedding vows.

 A few years ago when my wife was very ill I spent the night in the hospital with her.  On my way home I
stopped by church for early Mass, and when Fr. Steve processed down the aisle after Mass he stopped,
obviously noticing that I appeared tired, and asked what was wrong.  When I told him he immediately
said he would go to visit my wife that day.  From my years of association with him I can assure you that
this was not an isolated act, for there were times too numerous to mention that he was engaged in the
ministry of visiting the sick and infirmed.  At Christmas time couples from our first neighborhood still
gather for fellowship and brunch.  Fr. Steve always wanted to be there and he would make sure that his
mother could be there also.

Both my wife and I had sixteen years of Catholic education, and we take our church-life and faith-life
seriously. To us Fr. Steve is a Christ-like, down to earth man, but more than that, a truly holy man who
loved to minister to others.  I never heard him utter an unkind word about anyone.  He has a great love
and respect for older people, especially the sick and needy.  In my mind, Fr. Steve never hurt anyone,
but only lived to help those in need. Over the years I have developed several close associations with the
clergy including nuns, brothers and priests, and I have to put Fr. Steve close to the top of the list of
people I am happy to call a friend.

These thoughts and words come from our hearts, and we hope you will take them into your heart when
considering Fr. Steve's case.  We sincerely thank you.

Respectfully,

James Krebs
Mary V. Krebs



# SS. Peter and Paul Church



February 4th, 2016

Dear Honorable Hale,

I am writing this letter of testimony for Father Steve Pohl as one who has known him for over thirty years.  We were in the seminary together and have maintained our friendship throughout the time of our priesthood.  Even though I work as a parish priest in Tulsa, Oklahoma we have managed to stay in contact with each other and I usually visit  him at least once a year when I drive back to Ohio to see  my family.

I have followed closely all the various assignments that Father Steve has been given.  I know that he has worked hard trying to be a good Pastor for the different parishes where he was assigned.  He took a personal interest in forming a solid Christian community wherever he was sent to minister to others.  Father Steve always showed sympathy and understanding of others at least in my experience and a real love for his sacred priesthood.

I am a witness to the love he has for God and for others and I hope that you will show compassion on him in whatever sentence he is given.

Sincerely yours,
Rev. Timothy Davison
Father Timothy Davison

February 3, 2016

Honorable David J. Hale
Gene Snyder United States Courthouse
601 West Broadway, Room 239
Louisville, KY 40202

Sir:

My name is Libby Hagan.  I am a widowed homemaker, retired from a
Louisville business, who has known and worked with Fr. Steve Pohl since he
was a seminarian in 1985, when he spent the summer at St. Joseph's parish in
Bardstown, Ky, and again when he was named assistant pastor at St.
Joseph's.

He counseled and then married me and Jim Hagan, a St. Thomas parishioner.
Then he became pastor at St. Thomas and we worked and socialized together
quite frequently.  He was a caring and supportive priestly minister during my
husband's final illness and death, and in the years following.

He initiated and saw to completion some difficult renovations at our historic
parish and had to make some difficult decisions along the way.  I worked
with him on our Worship Committee.  He never failed us in his priestly
ministry, always there for Mass and sacraments, prayers, or any need we had.

I am privileged to call him friend.

Sincerely,

Libby Hagan

Libby Hagan
335 St. Thomas Lane
Bardstown, KY 40004-9566

Honorable David J. Hale
Gene Snyder United States Courthouse
601 West Broadway, Room 239
Louisville, KY 40202

Dear Judge Hale,

I am writing to you concerning the case with defendant Father Steve Pohl.  I was the principal of
Holy Rosary Academy from 1990-2002. Each year the bishop would request to all priests to
consider volunteering as chaplains for the area high schools.  Fr. Pohl served as chaplain for
several years at Holy Rosary, his mother's alma mater.

As chaplain, Fr. Pohl would preside over liturgies and join us for some prayer services, retreats
and reconciliation services.  He was also there for us in crises:  student's parent killed in an auto
accident, the death of a beloved staff member (who was also a parent), and the death of a
freshman on her first day of school as she entered her homeroom.  Fr. Pohl was a gentle, kind,
compassionate person who exuded these qualities in his interaction with the students and staff.
His messages to the students were always clear, concise and meaningful.  He always seemed to
know just what was needed for the time.

Fr. Steve was always professional in his manner and appropriate in his message to the students
and staff.

I would ask you for every consideration for Father Pohl.  I understand that he has made a
mistake, for which he has taken responsibility.  I believe he will, upon his release from prison,
continue to contribute to our society.

Sincerely,

Karen M. Juliano, Ed.D.
Principal (9-12)/CEO (PK-12)
Catholic Central School
1200 E High Street
Springfield, OH 45504
P: 937-325-9204
kjuliano@ccirish.org

Sunday, Feb. 7 2016

To: Honorable David J. Hale

Please know how grateful we are to you for taking your time and effort to try to discern who Father Steve really is! We are Richard and Brenda Gardner and Father Steve has been a very dear friend. Since 1968 we have been active parishioners at St. Margaret Mary and 12 years ago we retired and became full-time volunteers at St. Margaret Mary and Habitat for Humanity.

Over the years we have worked with many priests, and Fr. Steve has been one of the kindest, most caring and loving pastors. Even though he was involved in almost every aspect of the parish, he always took time for the personal cares and concerns of his family, friends, and parishioners!

Fr. Steve worked diligently to make sure
our parish did all we could to help the
poor and marginalized. For the past
seven years he saw that our tithing
budget included our share of the money
needed to sponsor building a Habitat
house with three other parishes. Each
time we built, he closed the parish
office and took the staff to the house
to help build for one full day!

In 2014 Fr. Steve, together with Rev.
Jim Holladay of Lyndon Baptist Church
and Father Jon Boukis of Assumption
Greek Orthodox Church formed the
covenant — Lyndon Ecumenical Fellowship
of Churches. We have shared prayer
services, choir and music events, meals,
collections of clothes, food, toiletries, etc.
and grown a garden garden to grow
food for the poor. It has been a
big step toward Christian unity.

As a choir member I have felt his

genuine appreciation and enjoyment of
our music. Occasionally he would sing
with us.

Our parish had grown spiritually
through Fr. Steve's Masses, homilies,
various religious programs and faith
journeys. For the past four years our
small group has shared a beautiful
journey ("Why Catholic") with Fr. Steve
as one of us. During that time, all
eleven of us experienced a life crisis and/or
a very joyful event! ex. Virginia's
husband died of Pancreatic cancer.
Brad's wife, Mary, had a reoccurence
of breast cancer. Then her mother died.
Mary Ann had part of her colon removed.
Then her 30 yr old grandson died of a
very aggressive melanoma, which nearly
destroyed her daughter and son-in-law.
Rita and Gene lost her sister and his
brother. Mary and Brad's daughter and
son-in-law were finally able to adopt.

Louis' Multiple Sclerosis got much worse. Nancy's husband, a Muslim, wanted to be Catholic, and Fr. Steve had begun to help him. When our daughter-in-law left our son and the children, we were very hurt and angry.

Fr. Steve walked with us all the way. Together we all cried, rejoiced, prayed and supported each other. He gave us so much of himself!

We are grieving, praying, and hoping that he will be able to be helped, and can find joy and peace!

Thank you, again, for "listening". May God's wisdom and peace be with you!

Richard Gardner
Brenda Gardner



**1851 City Springs Road • Rapid City, South Dakota 57702-9602 • 605-343-8011**

Honorable David J. Hale
Gene Snyder United States Courthouse
601 West Broadway, Room 239
Louisville, KY 40222

Your Honor,

As a close cousin of Fr. Stephen Pohl, I have been closely associated with him and his family for many years. As a Benedictine Sister I attended post-graduate classes at St. Meinrad Seminary in Indiana while he was in the seminary. I attended his ordination and was privileged to be a member of St. Monica Church in Bardstown while I served as Chaplain at Flaget Memorial Hospital. All the Bardstown congregations including St. Monica, St. Thomas and St. Joseph Cathedral are profuse in their admiration and praise for his inspirational Masses and Sermons, for his musical/singing talents, his winning personality, and for his kind and valuable ministry to all the members in their joys and sorrows.

A few years ago our Benedictine Sisters were privileged to welcome Fr. Steve for a time at our Monastery while he toured the Black Hills with his brother, Doug, and also offered his services at our Monastery Masses and other activities. We would welcome him again as a dedicated priest with a kind and faith-filled heart.

I pray along with our Benedictine Community that you will consider these deeply felt testimonies above as you discern, in your faith-filled mercy, a valuable path for his continued spiritual presence among those who welcome his sincere care and concern to all.

Sincerely in Christ's Mercy

*Sr. Susan Pohl*

Sister Susan Pohl, OSB

DON PARRISH
205 WEST FLAGET AVENUE
BARDSTOWN, KENTUCKY
40004
2/08/16

RE: FATHER STEVE POHL

HONORABLE DAVID J. HALE
GENE SNYDER UNITED STATES COURTHOUSE
601 WEST BROADWAY, ROOM 239
LOUISVILLE, KENTUCKY

Dear Honorable Judge Hale;

Please let me introduce myself, Don Parrish, 205 West Flaget Avenue, Bardstown, Ky. 40004.  I am a parishioner of The Basilica of Saint Joseph Proto-Cathedral, and am very much involved in the operation of facilities on that campus, and am something of a historian regarding this church and others in the area including Saint Thomas, where Fr. Steve Pohl was pastor for I believe 12 years.  Fr Steve asked me in about 1999 to participate in the restoration and rehabilitation of the Bishop Flaget Log House, located at Saint Thomas considering my background in the construction industry.   I was proud to accept this challenge and chaired the board that saw this project to its conclusion some seven years later.  Fr Steve and I have been close friends since he was ordained and served in the early eighties as associate pastor at St Joseph's.

My association with Steve was as advisor on the project at St. Thomas as well as a trusted friend for more than thirty five years.  He has demonstrated high levels as a priest, pastor and friend.  My association with him includes the best in spiritual support, and in an enormous trust as friend and co-worker.  I have attended numerous masses and other celebrations conducted by Fr. Steve and consider him one of the best examples of a priest I have met in my 73 years of life. During all of my associations with Steve Pohl, there was never a clue to any kind of problem with his character.

Thank you for your consideration,


Don Parrish

*The Reverend Dr. James F. Holladay, Jr*
*1203 Carlimar Lane*
*Louisville, KY 40222*

February 8, 2016

The Honorable David J. Hale
Gene Snyder United States Courthouse
601 West Broadway, Room 239
Louisville, KY 40202

Dear Judge Hale:

My name is Jim Holladay, and I have served as pastor of the Lyndon Baptist Church, 8025 New La Grange Road in Louisville for the past fifteen years. I have known Father Steve Pohl since he first came to St. Margaret Mary Catholic Community. We served together for a time on the Ecumenical Ministries Committee of the Eastern Area Community Ministries, during which time we shared in leadership and participation in a number of ecumenical worship services. More recently, Fr. Pohl and I, along with the priest at Assumption Greek Orthodox Church worked to establish the Lyndon Ecumenical Fellowship, a unique ecumenical partnership that has worked to provide common worship, service, and dialogue opportunities for the members of our churches.

The news that Steve had been accused and then arrested on charges related to child pornography felt like a punch in the stomach, not only to me, but to members of our ecumenical fellowship. We experienced Steve as a deeply committed Christian, with a sincere desire to express the reconciling love of Christ through finding concrete ways to demonstrate the unity of Christ's people. He provided solid spiritual grounding for our common efforts. The news we kept receiving seemed so out of character for the person we had come to know.

Though I am not a part of the St. Margaret Mary parish, I have had opportunities to observe the compassion with which he provided care to the families of that parish, often coming in on his days off to visit people crisis situations. In the past, members of the St, Margaret Mary parish have spoken highly to me of his kindness and leadership within the church.

Those of us who are part of the other churches of the Lyndon Ecumenical Fellowship have prayed for Steve, as well as the members of the congregation, school, and community who have been affected by his actions. I pray that the brokenness in Fr. Pohl's life that brought about this situation and the brokenness that has resulted in the lives of others as a consequence can be healed. I pray that the disposition of this case will make that possible for Steve, for the children and families, for his family, and for the St. Margaret Mary community.

Shalom,

Rev. Dr. James F. Holladay, Jr.

Honorable David J. Hale
Gene Snyder United States Courthouse
601 West Broadway, Room 239
Louisville, Kentucky 40202

February 9, 2016

Dear Judge Hale,

My association with Fr. Steve Pohl has been over a great number of years, first as the director of music ministry at St. Barnabas Parish where I trained Steve during his high school years to serve as a cantor at Mass.  However, most of my association with Fr. Steve came after his ordination to the priesthood.

I recently retired from my position as the Director of the Office of Worship for the Archdiocese of Louisville where I served for 26 years. In that position I have had many opportunities to work with Fr. Steve on the archdiocesan level and in the parishes where he has served as pastor.

I have witnessed time after time his generosity of service to his colleagues and most especially his parishioners.  He exudes kindness to all he meets.  I have never heard him say one unkind thing about anyone.  His willingness to put every effort into helping those in some type of distress, experiencing grief, or in need of assistance or counsel was always uppermost in his life. His humility was particularly impressive because his preaching was stellar and his singing voice exceptional. He has a deep faith in God, a strong bond with his family and a shepherd's love of his flock.

My heart aches for the shame he is enduring, knowing that he would never knowingly want to hurt anyone, especially a child. There is no doubt in my mind that he will suffer for this the rest of his life. What is worse for all of us is that he will no longer be able to minister to others with the gifts God has given him.

Sincerely,


Judith H. Bullock, EDD

# *Basilica of St. Joseph Proto-Cathedral*

## P. O. Box 548
## 310 West Stephen Foster Avenue
## Bardstown, Kentucky 40004-0548

502/ 348-3126                          Fax    502/  349-0941

Honorable David J. Hale
Gene Snyder United States Courthouse
601 West Broadway  room 239
Louisville Ky. 40202

I am the pastor of St. Joseph in Bardstown. Steve Pohl is not only a clerical associate but also a friend. I have known Steve since 1977.

In those years, I have known Steve and his family. I also have known many of his parishioners. He has always been friendly, kind, hardworking, and dedicated to helping others. He was active in sports and interacted with peers well. Parishioners spoke well of him often.

I enjoyed his company as well as our work related conversations. He was helpful to me when my parents celebrated their 50th anniversary as well as my father's funeral.

Please consider these words as inadequate in expressing my testimony to the person I call a friend.

Sincerely,

Fr. Terry Bradshaw

Feb. 9, 2016

Honorable David J. Hale
Gene Snyder United States Courthouse
601 W. Broadway, Rm. 239
Louisville, Ky. 40202

Sir,

Please allow me to introduce myself. I am a eighty-two year old widow, a retired nurse and former parishioner of Fr. Steve Pohl at St. Thomas Parish in Bardstown, Ky.

During this time I experienced the dedication and individual attention that Fr. Steve gave to each and every person involved in his ministry. He not only cared deeply for his parishioners but became a very loved and respected person in our community.

My most personal experience was the illness and death of my husband. Fr. Steve spent numerous hours kneeling at his bedside talking not only as a Pastor but also as a friend.

Our family and friends outside our community could not believe how involved he was in the days and weeks after my husband died.

Fr. Steve is a good man and can help so many people if given a chance.

Yours truly,
Rosaline Roby
105 Ashton Ct.
Bardstown, Ky.
40004

Honorable David J. Hale

Gene Snyder United States Courthouse

601 West Broadway, Room 239

Louisville, Kentucky 40202


Dear Honorable David J. Hale,

I am writing you in regard to Stephen Pohl.  I have been a Realtor in Louisville for 31 years. I have known
Steve Pohl for 18 years. I got to know him very well when he was the pastor at St. Thomas Catholic
Church in Bardstown, Kentucky and we worked together on the Bishop Flaget Log House restoration
project. When that was completed in 2006, we remained friends and he married my wife and me in
2011.

I have seen people depend on Steve in good times and in bad times and know that Steve has been of
great assistance to many people in Bardstown and in Louisville. I know Steve has counseled me through
some very difficult times in my own life. He is a  good man who has flaws like we all do.

I am not in any way condoning Steve's actions. I must be honest; it was a huge shock and a bigger
disappointment to my wife and me. Somedays, even now six months later, I am still stunned. But
knowing Steve as well as I know him, he knows that what he did was wrong, and his actions have ended
what he loved to do and that was, being a Catholic Priest for the last 30 years, serving the Church and
her people. Steve has to live with that pain forever. That will be tougher for him than anything else in
the world.

No one is proud of everything they have done in their lives. I am confident that is the case here. I hope
you will look at Steve's 30 years' worth of service and life actions when you are considering his
sentencing.

Thank you for your time and sincerely,

Gregg Wagner

1603 Dundee Way

Louisville, KY 40205

502-314-6300

February 11, 2016

Attn:  Honorable David J. Hale

Gene Snyder United States Courthouse

601 West Broadway, Room 239

Louisville, KY 40202

My name is Barbara Starkey.  I attend St. Margaret Mary Catholic Church where my previous priest was Father Steve Pohl.  I am the Chair Person over the Communion Ministers.  It consists of 187 people.  The former Chair Person was Maria Harouff who was a wonderful person who passed away suddenly with cancer.  I had helped Maria with this ministry; however I did not think that I was qualified to take it over.

It was Father Steve who came to me and requested that I take over the position.  He instilled in me my faith and courage in myself and the Lord's faith in me which I had forgotten.  I owe working with this ministry and the other wonderful minister's to Father Steve.  He encouraged me, listened to me when I had problems or questions.  I am still the Chair Person over this wonderful ministry and I owe Father Steve Pohl a world of thanks for his belief in our Lord and in me.

I and my husband Greg Starkey who is a Lector within the church both pray for Father Steve, because we believe him to be a righteous man who is devoted to the Lord.

Thank you,

Barbara Starkey

February 9, 2016

Honorable David J. Hale
Gene Snyder United States Courthouse
601 West Broadway, Room 239
Louisville, KY 40202

Dear Judge Hale,

My name is Raphael Cecil, and I am a Producer/Director at a local video production company. I have known Father Steve Pohl for over 20 years. He is a family friend and spiritual leader whom I met through my parents when he became the priest at St. Thomas Church in Bardstown, KY.

While at St. Thomas, Fr. Steve had to shut down the school that I went to from 1st through 8th grade. This was a very unfavorable decision from the Archdiocese. As the messenger, Fr. Steve was in a position to receive a lot of negative reaction, but his leadership brought the parish together to focus their attentions on growth during a time that the Catholic Church was losing families. He initiated cosmetic changes to the church grounds that reinvigorated one of the oldest parishes in the Archdiocese. Even though I only attended masses at St. Thomas occasionally when visiting my parents, I could see how beloved Fr. Steve had become to his parishioners.

Although I have never been a member of the parishes that he pastored, Fr. Steve has played a large role in the faith formation of myself and my own family. Fr. Steve married my wife and I nearly 20 years ago in October of 1996. When my wife and I were searching for a parish in Louisville to call our own, we sought his advice on the best fit for us. He has baptized both of my daughters. Each time, he came to our church in order to celebrate the sacrament.

Even in less jubilant times, Fr. Steve has prayed with us during the loss of a loved one. He became a very close friend to my aunt and per her request, sang the Ave Maria during her funeral mass. He lifted our heavy hearts with his voice. Last year, my son was diagnosed with a cancerous brain tumor. As soon as Fr. Steve was notified, he joined us at the hospital and anointed my son before his surgery. Fr. Steve's compassion reminded me to find strength in family and prayer, and to not abandon my faith.

Raphael L. Cecil

February 9, 2016

Honorable David J. Hale
Gene Snyder United States Courthouse
601 West Broadway, Room 239
Louisville, KY 40202

Dear Judge Hale,

I am Martha M. Thompson, a former state secretary for 30 years at the Ky. Lumber Dealers Association, and have known Steve Pohl since the mid 1980's through an interest in family history.

Through the years we have been friends; we have been to meetings together, taken many genealogy trips, and served on several committee planning groups for large genealogy gatherings in our state. Steve has celebrated happy and sad times with our family and friends in our home and through our church community. He has always been kind, thoughtful and helpful to all. Steve has always been a wonderful "go to" person whenever I needed advice on handing a situation I was not sure about.

Steve has spent his entire priestly ministry dedicated to his church, family and those he came in contact with throughout the years. He is a good friend and I pray for him every day. I feel he will seek the help he needs in order to prepare for a positive future.

Thank you for reading this letter.

Sincerely,

Martha M. Thompson

Martha M. Thompson
P. O. Box 7
350 Raywick Road
St. Mary, KY 40063

**MARY ANGELA SHAUGHNESSY**
**ATTORNEY AT LAW**
**8504 AMBROSSE LANE #104**
**LOUISVIILLE, KENTUCKY 40299**
**(502) 410 8612**

Honorable David J. Hale
Gene Snyder United States Courthouse
601 West Broadway, Room 239
Louisville, Kentucky 40202
February 9, 2016

Dear Judge Hale:

I am a Sister of Charity of Nazareth, a professor of education and legal counsel for St. Catharine College as well as an attorney in private practice. I have known Father Steve Pohl for approximately thirty years, most of those years as religious sister with various interactions with him; in more recent times, we have become friends.

Many times I attended Masses which Father Steve celebrated. They were some of the most prayerful experiences I have ever had. His sermons were well delivered and reflected careful preparation. He was very popular in the parish and related well to everyone, from the very young to the very old. He was never too busy to listen, to counsel, and to guide. Nothing was beneath him; when the property and buildings needed repair, he was the first one on the roof with hammer and nails.

Having spent twenty one years at Spalding University directing both the doctoral and principalship programs in education, I have taught many Catholic school principals, past and present. I know that Father Steve was the "go to" priest for Catholic high school principals. He never turned anyone down—whether it was a request to say Mass, hear confessions, write a letter or serve on a board. He gave completely of himself. I cannot think of a single major event in the Archdiocese at which he was absent. He gave and gave, I think to the detriment of his personal life. I think he may well have "burned out."

My nephews are recent graduates of Trinity High School. I can only remember one Mass at Trinity at which Father Steve was not on the altar. He certainly did not have to be as Trinity has a chaplain, but he was always there to concelebrate. As a graduate of Trinity and as a priest, he was there for the students, the faculty and staff. When the sad news about Father Steve broke, my youngest nephew, a 2015 graduate of Trinity implored me to "please help Father Steve." My nephew had no special relationship with Father Steve, but he noticed that Father Steve was "always with us."

When my spiritual director became ill several years ago, Father Steve was one of three priests that were on my list for a possible successor. Although I ultimately chose the one recommended by my then director, I would have had no problem entrusting my spiritual life and growth to Father Steve.

-2

I have never heard anyone say a bad word about Father Steve, even after the events of the last several months.

Father Steve has admitted his guilt, he is extremely remorseful, and filled with shame. I have never heard him complain once about the situation in which he finds himself. He has accepted his punishment.

Our Holy Father, Pope Francis, has established this year as one of mercy. Mercy is what I ask of you, Judge Hale. Father Steve knows that he has made a terrible mistake and committed a crime. No punishment you could inflict on him will cause him more pain than his own remorse. If it is at all possible, I ask you to show mercy to this good man who has done something wrong. He is paying and will continue to pay a great price. His earnest hope is to be able somehow to use his experiences in a way that will help others avoid the mistakes he has made.

Thank you for your time and consideration.

Sincerely yours,

Mary Angela Shaughnessy, SCN, J.D., Ph.D.

February 4, 2016


Honorable David J. Hale
Gene Snyder United States Courthouse
601 West Broadway, Room 239
Louisville, Kentucky 40202

Dear Sir:

I am Gerald Thompson a seventy-five year old retired archivist/records
Administrator for the state of Kentucky.  I met Father Steve Pohl in 1986
because of a shared interest in genealogy.

In the nearly thirty years I have known him, I have witnessed his
administrative and leadership skills and his devotion to his family and
the church.  I have seen and experienced his kindness to people in times
of stress and bereavement.  Personally my wife and I have a large
extended family and he has come to us during many times of heartache or
bereavement.  We have worked with him to organize and host genealogical
reunion and personally experienced the rewards of his skills at
organization and hospitality.

Father Steve has spent 30 years compassionately ministering to his
community, church, family and friends.  He is my friend and I will pray
for your mercy and the mercy of God toward him as he repents and accepts
his future.

Sincerely,

*Gerald Thompson*

Gerald Thompson
Post Office Box 7
350 Raywick Road
St. Mary, Kentucky 40063-0007

February 12, 2016


Honorable David J. Hale
Gene Snyder United States Courthouse
601 West Broadway, Room 239
Louisville, Kentucky 40202

Dear Judge Hale:

I am writing to give testimony on behalf of Father Steve Pohl. As his first cousin, I have known Steve all his life and have spent a considerable amount of time with him over the years. I visited Steve while he attended St. Meinrad Seminary, traveled with him to Europe and enjoyed many family events with him.

We have a large, close-knit extended family, and I have fond memories of many visits as a child when I stayed with the Pohls for several days at a time in the summers and on weekends during the school years. Every night before bedtime, it was the family's custom to kneel in prayer. Prayers were always offered for religious vocations, including a petition for a vocation to the priesthood from within the family.

I once asked Steve when he knew he had a calling to become a priest, and he said it was from an early age – third or fourth grade. Personally, I believe that God called Steve to be a priest and created him with attributes of compassion, gentleness, kindness, humility, joy and, perhaps most importantly, a heart and soul for service to others.

I have witnessed Steve demonstrate these characteristics over and over throughout his life and ministry. He is a loving son, brother, uncle, nephew, cousin, and friend who is loved and supported by his family, circle of friends, other vowed religious and members of the parishes where he has served in the past 30 years. Countless people – including his family and myself – have benefited from Steve's care as a pastor in life's most difficult circumstances: serious illness, family issues and loss of loved ones.

As a leader, Steve is a person of courage and has not shied away from making hard decisions and living with the consequences. Once, after months of evaluation and in consultation with the parish council, he decided to close the parish school due to declining enrollment and year-over-year financial losses. While some in the parish supported the decision, others did not, and Steve received death threats but did not capitulate.

Steve has brought the joy and peace of God's love to those whose lives he has touched in the course of his ministry, especially through the sacraments of the Holy Eucharist, reconciliation (confession) and anointing of the sick; and in performing hundreds of marriages and baptisms.

In addition, Steve made a lasting contribution to the Catholic Church in Kentucky by preserving a significant part of its history for generations to come. He led a committee

that completed an authentic restoration of the Bishop Flaget Log House (Bardstown, KY), the first permanent home of the first Bishop of the West, who lived there seven years beginning in 1811. Today, the house, at one time the home of the foundresses of the Sisters of Charity of Nazareth, is an interpretive museum.

In closing, I recognize that my testimony is hardly impartial. Steve is my cousin and I love him very much. He has a long and well-known legacy of doing good for others everywhere he has lived and served since his ordination in 1985. I appreciate the opportunity to write on his behalf.

Sincerely yours,


Mary Elise Biegert
System Director, Transaction Communications
Catholic Health Initiatives
2205 Mahan Drive
Louisville, Kentucky 40299

February 8, 2016


Honorable David J. Hale
Gene Snyder United States Courthouse
601 West Broadway, Room 239
Louisville, KY  40202

Judge Hale.

I am Fr. Steve Pohl's first cousin. Steve's father and my mother were the youngest of 10 children. Needless to say, we have a long history!  I am currently a 63 year old homemaker, a wife to a wonderful husband for 41 years, a mother to 3 fantastic children, grandmother of 7, volunteer, devoted catholic, and a proud member of St. Margaret Mary Catholic Church.  I tell you this about me for a reason.   Steve has been a vital part of each part of my life and my family's life.

He has celebrated weddings, funerals, baptisms, anniversaries and assisted us through many tough times apart from the sacraments of the church.  Steve has been called upon by us when we were away to comfort others when we could not.  He never wavered or said no.  Steve presided over my father in law's funeral.  The following day he buried his young sister in law who also succumbed to cancer.  Now that was rough!  But, he had been with us through the short 3 week losing cancer battle with my father in law and he wanted to do this for him!  As a caring person, he has blessed our friend's son before he headed to Afghanistan.  When our dear friend committed suicide last April, Steve was there to comfort all of us.  His plate was always full, but you would never know it.

Steve Pohl is a man of integrity.  God has a plan for him and I hope to be in Steve's path again someday.

God Bless,

Debbie Miranda