UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                           PLAINTIFF

v.                                                      CRIMINAL NO. 3:15CR-121-DJH

STEPHEN POHL                                                       DEFENDANT

### AGREED ORDER OF ABANDONMENT

The parties agree that Stephen Pohl is the sole and lawful owner of one Dell Optiplex

Desktop bearing serial number 755 Service tag #108JLH1, one Lenovo Laptop bearing serial

number 2780551100120P1WG4110484, one Apple iPhone Model A1549, and four thumb drives

(two red verbatim 2gb, one black Insignia, and one "Dubois County Contractual Library"),

previously seized in conjunction with the above-referenced criminal action on August 12, 2015.

With the exception of files pertaining to genealogy and photographs of his family's European

trip, the defendant agrees to abandon any and all interests he has in the above-referenced items.

Have seen and agreed to this 29th day of March, 2016:

John E. Kuhn, Jr.
United States Attorney

_____
Jo E. Lawless
Assistant United States Attorney

_____
Stephen Pohl
Defendant

April 4, 2016

_____
Theodore S. Shouse
Counsel for Defendant

_____
**David J. Hale, Judge**
**United States District Court**